UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| JEANNETTE FORD-SOON, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br>vs.<br><br>KRAFT FOODS, a Georgia Corporation; DOES 1 through 100, inclusive,<br><br>          Defendants. | No. CV 11-02763-JSW<br><br>**DENYING [PROPOSED] ORDER GRANTING DEFENDANT'S REQUEST TO APPEAR AT CASE MANAGEMENT CONFERENCE BY TELEPHONE AND CONTINUING CONFERENCE DATE**<br><br>Action Filed: June 7, 2011 |

1  Defendant's Request to Appear at Case Management Conference by Telephone
2  having come before the Court and good case appearing, IT IS HEREBY ORDERED
3  ~~THAT Kenneth K. Lee and/or Dean N. Panos may appear at the August 26, 2011 Case~~
4  ~~Management Conference by telephone.~~

6  DATED: August 22, 2011

*Jeffrey S. White*

The Honorable Jeffrey S. White

Neither counsel shall appear by telephone at the initial case management conference date. (Requests nos. 11 and 12 are DENIED.) However, the case management conference is HEREBY CONTINUED to November 4, 2011 at 1:30 p.m. to follow ruling on the pending motion. Unless otherwise ordered, the parties shall file an updated joint case management statement no later than October 28, 2011.

---

1

[~~PROPOSED~~] ORDER ~~GRANTING~~ REQUEST TO APPEAR BY TELEPHONE