1 | **JENNER & BLOCK LLP**
Kenneth K. Lee (Cal. Bar No. 264296)
2 | klee@jenner.com
Kelly M. Morrison (Cal. Bar No. 255513)
3 | kmorrison@jenner.com
633 West 5th Street, Suite 3500
4 | Los Angeles, CA 90071-2054
Phone:      (213) 239-5100
5 | Facsimile: (213) 239-5199

6 | **JENNER & BLOCK LLP**
Dean N. Panos (applying *pro hac vice*)
7 | dpanos@jenner.com
353 N. Clark Street
8 | Chicago, IL 60654-3456
Phone:      (312) 222-9350
9 | Facsimile: (312) 527-0484

10 | Attorneys for Defendant Kraft Foods Inc.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| JEANNETTE FORD-SOON, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br> vs. <br><br> KRAFT FOODS, a Georgia Corporation; DOES 1 through 100, inclusive, <br><br> Defendants. | No. CV 11-7877-GW (AGRx) <br><br> **NOTICE OF INTENT TO APPEAR AT DECEMBER 19, 2011 STATUS CONFERENCE BY TELEPHONE** <br><br> Date: December 19, 2011 <br> Time: 8:30 a.m. <br> Courtroom: 10 <br> Judge: Hon. George H. Wu <br><br> Action Filed: June 7, 2011 |
|---|---|

1    TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD,
2 PLEASE TAKE NOTICE THAT, pursuant to the Court's November 28, 2011 order,
3 Dean N. Panos will appear telephonically on behalf of Defendant Kraft Foods Inc. at
4 the status conference re consolidation in the above-referenced matter on December 19,
5 2011.

7 Dated:  December 12, 2011                    JENNER & BLOCK LLP

                                               _/s Kenneth K. Lee_____
                                               By: Kenneth K. Lee

                                               Attorneys for Defendant Kraft Foods Inc.