**MILSTEIN ADELMAN, LLP**
Gillian L. Wade, State Bar No. 229124
gwade@milsteinadelman.com
Sara D. Avila, State Bar No. 263213
savila@milsteinadelman.com
Michael Isaac Miller, State Bar No. 266459
imiller@milsteinadelman.com
2800 Donald Douglas Loop North
Santa Monica, California 90405
Telephone: (310) 396-9600
Fax: (310) 396-9635

*Attorneys for Plaintiff*

**JENNER & BLOCK LLP**
Kenneth K. Lee (Cal. Bar No. 264296)
klee@jenner.com
633 West 5th Street, Suite 3500
Los Angeles, CA  90071-2054
Telephone:  (213) 239-5100
Fax: (213) 239-5199

Attorneys for Defendants,
Kraft Foods Global, Inc. et al.

ADDITIONAL ATTORNEYS FOR PARTIES IDENTIFIED ON SIGNATURE PAGE

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVANGELINE RED and RACHEL WHITT, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br>vs.<br><br>KRAFT FOODS INC., KRAFT FOODS NORTH AMERICA, and KRAFT FOODS GLOBAL, INC.,<br><br>Defendants. | Case No. CV10-01028-GW (AGRx)<br>Judge:       The Hon. George H. Wu<br>Action Filed:  February 11, 2010<br><br>**STIPULATION OF DISMISSAL OF PLAINTIFF JEANETTE FORD-SOON <u>ONLY</u>**<br>**[RULE 41(a)(1)]** |

---

1
STIPULATION OF DISMISSAL OF PLAINTIFF JEANETTE FORD-SOON <u>ONLY</u> [RULE 41(a)(1)]

| | |
|---|---|
| JEANNETTE FORD-SOON, on Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>KRAFT FOODS INC., KRAFT FOODS NORTH AMERICA, and KRAFT FOODS GLOBAL, INC.,<br><br>Defendants. | Consolidated With: Case No. CV 11-7877- GW (AGRx)<br><br>Action Filed: June 7, 2011 |

**TO THE COURT, ALL OF THE PARTIES AND THEIR COUNSEL OF RECORD:**

Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1), Plaintiffs EVANGELINE RED and RACHEL WHITT and Defendants KRAFT FOODS INC., KRAFT FOODS NORTH AMERICA, AND KRAFT FOODS GLOBAL, INC., being all parties to the action, hereby stipulate and agree that this proceeding shall be dismissed as to Plaintiff JEANETTE FORD-SOON only.

**IT IS SO STIPULATED.**

Respectfully submitted,

September 7, 2012

| | |
|---|---|
| Attorneys for Plaintiff, Jeanette Ford-Soon | Attorneys for Defendants Kraft Foods Inc., Kraft Foods North America, and Kraft Foods Global, Inc., |
| /s/ Sara D. Avila | /s/ Kenneth K. Lee |
| **MILSTEIN ADELMAN, LLP**<br>Gillian L. Wade, State Bar No. 229124<br>Sara D. Avila, State Bar No. 263213<br>M. Isaac Miller, State Bar No. 266459<br>2800 Donald Douglas Loop North<br>Santa Monica, California 90405 | **JENNER & BLOCK LLP**<br>Kenneth K. Lee (State Bar No. 264296)<br>633 West 5th Street, Suite 3500<br>Los Angeles, CA  90071-2054<br>Phone:      (213) 239-5100<br>Fax:           (312) 239-5199 |

STIPULATION OF DISMISSAL OF PLAINTIFF JEANETTE FORD-SOON ONLY [RULE 41(a)(1)]

Telephone: (310) 396-9600
Fax: (310) 396-9635

Attorneys for Plaintiffs,
Evangeline Red and Rachel Whitt

/s/ Gregory S. Weston

**THE WESTON FIRM**
Gregory S. Weston (239944)
Jack Fitzgerald (257370)
Melanie Persinger (275423)
Courtland Creekmore (182018)
1405 Morena Blvd., Suite 201
San Diego, CA 92110
Telephone:  (619) 798-2006
Facsimile:   (480) 247-4553

**LAW OFFICES OF RONALD A. MARRON, APLC**
Ronald A. Marron (175650)
Maggie K. Realin (263639)
Skye Resendes (278511)
3636 4th Street, Suite 202
San Diego, CA 92103
Telephone:  (619) 696-9006
Facsimile:   (619) 564-6665

**JENNER & BLOCK LLP**
Dean N. Panos (*pro hac vice*)
Jill M. Hutchinson (*pro hac vice*)
Stacy S. Jakobe (*pro hac vice*)
353 N. Clark Street
Chicago, IL  60654-3456
Phone:      (312) 222-9350
Fax:          (312) 527-0484